# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159038

AUTO-OWNERS INSURANCE COMPANY,
HOME-OWNERS INSURANCE COMPANY,
and CALEB CASANOVA,
          Plaintiffs-Appellees,

v

                                  SC:  159038
                                  COA:  339799
                                  Ingham CC:  16-000870-CK

COMPASS HEALTHCARE PLC d/b/a COMPASS
HEALTH, and LANSING NEUROSURGERY,
          Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the December 18, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019 _____



Clerk

b1113